# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

November 16, 2022

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 21-14051-X
Case Style: SkyHop Technologies, Inc., et al v. Praveen Narra, et al
District Court Docket No: 0:21-cv-60799-AHS

The parties should be prepared to address the following at oral argument:

Appellants argue that this Court may assert jurisdiction over appellees Narra and Indyzen, Inc. because they allegedly committed tortious acts in Florida, *see* FLA. STAT. § 48.193(1)(a)2, namely violations of the Computer Fraud and Abuse Act and Florida's Computer Abuse and Data Recovery Act, *see* 18 U.S.C. § 1030; FLA. STAT. § 668.803. At oral argument, please be prepared to address whether the digital property that Appellants allege Narra and Indyzen, Inc. wrongfully withheld constitutes a "computer" as defined by these statutes. *See* 18 U.S.C. § 1030(e)(1); FLA. STAT. § 668.802(3).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Stephanie Tisa
Phone #: (305) 579-4432

LetterHead Only